**In re:**
**Robbin L. Itkin, Chapter 11 Trustee**

| | |
|---|---|
| **Bikram's Yoga College of India, LP** | **Yuz, Inc.** |
| **Case No. 9:17-bk-12045-DS** | **Case No. 9:17-bk-12048-DS** |
| **Bikram Choudhury Yoga, Inc.** | **International Trading Representative, LLC** |
| **Case No. 9:17-bk-12046-DS** | **Case No. 9:17-bk-12049-DS** |
| **Bikram, Inc.** | |
| **Case No. 9:17-bk-12047-DS** | |

**Notes to the Monthly Operating Report**
**Debtor: Bikram Choudhury Yoga, Inc. (9:17-bk-12046-DS)**
**Reporting Period: September 1, 2020 to September 28, 2020**

On November 9, 2017, Bikram's Yoga College of India, LP, Bikram Choudhury Yoga, Inc., Bikram, Inc., Yuz, Inc., and International Trading Representative, LLC (each the "Debtor" or collectively, the "Debtors"), each filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, Northern Division (the "Bankruptcy Court"). The Bankruptcy Court authorized the Debtors' motion seeking the joint administration of the Debtors' estates.

On April 4, 2018, the US Trustee appointed Robbin L. Itkin as the chapter 11 trustee of the Debtors. On April 6, 2018, the Bankruptcy Court entered an order approving the US Trustee's appointment of Robbin L. Itkin as the chapter 11 trustee.

On September 28, 2020, the Bankruptcy Court entered an order directing the conversion of the chapter 11 cases to cases under chapter 7 [Dkt. No. 56].

This monthly operating report is prepared on a cash basis and as such only includes the Debtors' Schedule of Cash Receipts and Disbursements (and related schedules, e.g., bank reconciliations). The Trustee reserves all rights to amend, supplement and update this monthly operating report as may be necessary or appropriate.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| Bikram Choudhury Yoga, Inc | |
| a California corporation | Case Number:  9:17-bk-12046-DS |
| | Operating Report Number: 35 |
| Debtor(s). | For the Month Ending:  September 28, 2020 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                         0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                       0.00

4.  RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:                                              0.00

5.  BALANCE:                                                                0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)           0.00
   Disbursements (from page 2)                             0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***                                      0.00

7.  ENDING BALANCE:                                                         0.00

8.  General Account Number(s):

   Depository Name & Location:

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

ATTACHMENT 4B (CONTINUATION SHEET) — GENERAL / DISBURSEMENT FORM

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | N/A | Balance on Statement: $0.00 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                                      0.00

Bank statement Adjustments:                                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                                      $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS ........... 0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS ........... 0.00

3.  BEGINNING BALANCE: ........... 0.00

4.  RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account) ........... 0.00

5.  BALANCE: ........... 0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:*** ........... 0.00

7.  ENDING BALANCE: ........... 0.00

8.  PAYROLL Account Number(s):

Depository Name & Location:

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____    Balance on Statement: _____$0.00

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

| | | |
|---|---|---:|
| 1. | TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 2. | LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 3. | BEGINNING BALANCE: | 0.00 |
| 4. | RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | 0.00 |
| 5. | BALANCE: | 0.00 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. | ENDING BALANCE: | 0.00 |

8. TAX Account Number(s):

   Depository Name & Location:

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____N/A_____    Balance on Statement: _____$0.00

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                       | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

PSD SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 0.00 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts: _____  _____

_____  _____

*Other Monies: _____  _____

**Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                                    | 0.00 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                  | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

### I. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS,
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: ____ |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 0.00 |  |  | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

*Since the Trustee's appointment, the debtor has been out of possession and the Trustee has been in possession of the estates and their assets. During the reporting period, there have been no payments on account of prepetition unsecured debt.

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

*Since the Trustee's appointment, the debtor has been out of possession and the Trustee has been in possession of the estates and their assets.

3.

State what progress was made during the reporting period toward filing a plan of reorganization

While the Trustee continues meeting with parties in interest and negotiating with parties potentially interested in purchasing some or all of the Debtors' assets, the Trustee has also commenced litigation against a number of Debtor insiders and related entities in an effort to recover assets for these estates.  Through various court-approved agreements with stakeholders, the Trustee has obtained approval to sell the recovered portion of the car collection rightly belonging to Bikram's Yoga College of India, L.P., and such sale of the car collection took place by auction on September 5, 2020.

4.    Describe potential future developments which may have a significant impact on the case:

The Trustee continues to analyze potential future developments.  The Trustee has converted this case to chapter 7 on September 28, 2020.

5.    Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,    Robbin L. Itkin, Chapter 11 Trustee
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

| October 15, 2020 | | /s/ Robbin L. Itkin |
|---|---|---|
| Date | Page 14 of 14 | Chapter 11 Trustee |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Sklar Kirsh, 1880 Century Park East, Suite 300, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): **[Bikram Choudhury Yoga, Inc.] MONTHLY OPERATING REPORT (35) FOR THE REPORTING PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 28, 2020,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 15, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | | |
|---|---|---|
| Martin J. Brill | Debtor | mjb@lnbyb.com |
| Krikor J. Meshefejian | Debtor | kfm@lnbrb.com |
| David W. Brody | Bank of Hawaii (NEF Request) | dbrody@brody-law.com, bknotice@brody-law.com |
| Larry Butler | NEF Request | notices@becket-lee.com |
| Russell Clementson | United States Trustee | russell.clementson@usdoj.gov |
| Christopher Cramer | American Express Bank, FSB | secured@becket-lee.com |
| Andrew L. Ellis | | aellis@alelaw.com; rgalvan@alelaw.com |
| Brian D. Fittipaldi | United States Trustee | brian.fittipaldi@usdoj.gov |
| Eric D. Goldberg | Trustee's Counsel | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Karen L. Grant | | kgrant@silcom.com |
| Robbin L. Itkin (TR) | Chapter 11 Trustee | ritkin@sklarkirsh.com; cbullock@sklarkirsh.com |
| David S. Kupetz | NEF Request | dkupetz@sulmeyerlaw.com; |
| Ian Landsberg | | ilandsberg@sklarkirsh.com; lskaist@sklarkirsh.com; yalarcon@sklarkirsh.com; mmadden@sklarkirsh.com; ilandsberg@ecf.inforuptcy.com |
| David W. Meadows | | david@davidmeadowslaw.com |
| Carla V. Minnard | NEF Request | carlaminnard@minnardlaw.com |
| Victor A. Sahn | NEF Request | vsahn@sulmeyer.com; pdillamar@sulmeyer.com; pdillamar@inforuptcy.com; cblair@ecf.inforuptcy.com; dlee@metallawgroup.com; dlee@ecf.inforuptcy.com |
| United States Trustee (ND) | | ustregion16.nd.ecf@usdoj.gov |

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **October 15, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge's copies not required pursuant**
<u>**to Amended General Order 20-05**</u>
Hon. Deborah J. Saltzman
United States Bankruptcy Court
  for the Central District of California
255 E. Temple St., Suite 1634
Los Angeles, CA 90012

Russell Clementson
Brian D. Fittipaldi
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, CA 93101

☐ Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2020 | CHERYLEIGH BULLOCK | /s/ Cheryleigh Bullock |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**